Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Garden City Boxing Club, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Garden City Boxing Club, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Alfonso A. Farias, et al.<br><br>Defendants. | CASE NO. CV 07-2518 LEW-KJM<br><br>STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALFONSO A. FARIAS and LETICIA B. FARIAS, individually and  d/b/a BILLAR LOS PORTALES |

**IT IS HEREBY STIPULATED** by and between Plaintiff GARDEN CITY BOXING CLUB, INC. and Defendants ALFONSO A. FARIAS and LETICIA B. FARIAS, individually and d/b/a Billar Los Portales, that the above-entitled action is hereby dismissed **without prejudice** against ALFONSO A. FARIAS and LETICIA B. FARIAS, individually and d/b/a Billar Los Portales and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by May 30, 2008, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

PDF created with pdfFactory trial version www.pdffactory.com

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: March 27, 2008        /s/ Thomas P. Riley
                             **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                             By:  Thomas P. Riley
                             Attorneys for Plaintiff
                             GARDEN CITY BOXING CLUB, INC.

Dated: March 27, 2008        /s/ Julie E. Hofer (as authorized on March 27, 2008)
                             **DONAHUE GALLAGHER WOODS LLP**
                             By: Julie E. Hofer, Esquire
                             Attorneys for ALFONSO A. FARIAS and
                             LETICIA B. FARIAS, individually and d/b/a
                             BILLAR LOS PORTALES

**IT IS SO ORDERED**:

/s/ Ronald S. W. Lew                          Dated: March 27, 2008
**The Honorable Ronald S.W. Lew**
**United States District Court**
**Eastern District of California**

**STIPULATION OF DISMISSAL**
**CV 07-2518 LEW-KJM**
**PAGE 2**

PDF created with pdfFactory trial version www.pdffactory.com

# PROOF OF SERVICE (SERVICE BY FACSIMILE)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 27, 2008, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS ALFONSO A. FARIAS and LETICIA B. FARIAS, individually and d/b/a BILLAR LOS PORTALES**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Ms. Julie E. Hofer, Esquire                           Attorneys for Defendants
DONAHUE GALLAGHER WOODS LLP
300 Lakeside Drive, Suite 1900
Oakland, CA 94612

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 27, 2008, at South Pasadena, California.

Dated: March 27, 2008                           */s/ Inesa Mamidjanyan*
                                                                **INESA MAMIDJANYAN**

**STIPULATION OF DISMISSAL**
**CV 07-2518 LEW-KJM**
**PAGE 3**

PDF created with pdfFactory trial version www.pdffactory.com